Rel: July 11, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2025-0086

Phillip Tucker v. Wells Fargo Bank, N.A.; First Ohio Banc and Lending, Inc.; Direct Settlement Services, LP; Saratoga Rental Options, LLC; 11497 CR62 Wadley, LLC; Jim Hall; Harry Clinton Kimbrell; John Hall; and James Newman (Appeal from Chambers Circuit Court: CV-24-900089).

LEWIS, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Wise, Bryan, and Sellers, JJ., concur.

Cook, J., recuses himself.